W. C. TULLY AND W. W. WALKER, PARTNERS AS TULLY & WALKER, PLAINTIFFS IN ERROR, VS. L. C. YAEGER, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Wakulla county.

*George W. Walker, Nat. R. Walker* and *George B. Perkins,* for Plaintiffs in Error.

*Fred. T. Myers,* for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff and the defendants take writ of error.
Writ of error dismissed on præcipe of counsel for plaintiffs in error.

ANNA R. WARE AND J. HENRY WARE, HER HUSBAND, A. E. JOHNSON, E. V. JOHNSON, INFANTS WHO SUE BY THEIR NEXT FRIEND J. HENRY WARE, PLAINTIFFS IN ERROR, VS. WILLIAM P. HAISLEY, JULIA HAISLEY AND JAMES L. SMOAK, DEFENDANTS IN ERROR.

Writ of Error to Circuit Court Marion county.

*L. N. Green,* for Plaintiffs in Error.

*Hugh E. Miller* and *Henderson & Raney,* for defendants in Error.

This action was brought by the plaintiffs in error against the defendants in error. There was judgment for the defendants and the plaintiffs take writ of error. The judgment is affirmed.
Decision Per Curiam.